UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RON BLOOMFIELD,<br><br>　　　　Defendant. | Case No. 21-cv-06568-JSW<br><br>**ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Dkt. No. 7 |

　　　The motion for leave to proceed in forma pauperis on appeal is DENIED because the appeal is frivolous and therefore not taken in good faith.

　　　**IT IS SO ORDERED.**

Dated: September 23, 2022

_____
JEFFREY S. WHITE
United States District Judge